Signed: September 21, 2015

_____
ALAN JAROSLOVSKY U.S. Bankruptcy Judge

1  Dean G. Rallis Jr. (#94266)
       drallis@afrct.com
2  Matthew J. Pero (#130746)
       mpero@afrct.com
3  ANGLIN, FLEWELLING, RASMUSSEN,
       CAMPBELL & TRYTTEN LLP
4  199 South Los Robles Avenue, Suite 600
   Pasadena, California 91101-2459
5  Tel: (626) 535-1900 | Fax: (626) 577-7764

   Attorneys for Creditor
6  WELLS FARGO BANK, N.A., as successor by
   merger with Wells Fargo Bank Southwest, N.A.,
7  f/k/a Wachovia Mortgage, FSB, f/k/a World
   Savings Bank, FSB ("WELLS FARGO")

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>LAURA ANN GENS,<br><br>    Debtor. | Case No.: 13-50106 ASW<br><br>Chapter 11<br><br>**ORDER DENYING DEBTOR'S MOTION FOR RECONSIDERATION OF JULY 29, 2015 ORDER DISMISSING CASE**<br><br>Date:    September 11, 2015<br>Time:    10:00 a.m.<br>Judge:   Alan Jaroslovsky<br>Place:   Santa Rosa Courtroom<br>         United States Bankruptcy Court<br>         99 South "E" Street<br>         Santa Rosa, California 95405 |

<u>**ORDER DENYING DEBTOR'S MOTION FOR RECONSIDERATION OF JULY 29, 2015 ORDER DISMISSING CASE**</u>

On September 11, 2015, the hearing on Debtor's Motion for Reconsideration of the July 29, 2015 Order Dismissing Case (the "Motion") (Doc. No. 240) was held. Attorney Stanley A. Zlotoff appeared on behalf of the Debtor. Attorney Dean G. Rallis Jr. appeared on behalf of creditor Wells Fargo Bank, N.A. Attorney Daniel K. Fujimoto appeared on behalf of creditor

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

1 | Colonial Savings, F.A.  Other appearances were noted on the record.

2 |     Based on the Court's review of the Motion (Doc. No. 240), the written opposition of creditor Wells Fargo Bank, N.A. (Doc. No. 249), the Evidentiary Objections of Wells Fargo Bank, N.A. to Debtor's Declaration filed in Support of the Motion for Reconsideration (Doc. No. 250), and Debtor's Reply in Support of the Motion (Doc. No. 252), for good cause appearing, and for the reasons stated on the record,

**IT IS HEREBY ORDERED** that the Motion is denied.

**\*\*END OF ORDER\*\***